IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE FRAME,

        Plaintiff,

v.                                    CASE NO. 1:10-cv-00142-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

        Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff's Motion for Extension of Time to File Memorandum of Law. (Doc. 14.) Plaintiff requests a ten day extension of time through February 17, 2011 to file her memorandum. Pursuant to Local Rule 7.1, counsel certifies that Defendant's counsel does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion for Extension of Time to File Memorandum of Law (Doc. 14) is **GRANTED**. Plaintiff's memorandum is due no later than **February 17, 2011.** Defendant is granted a similar extension of time and the Commissioner's brief is due by **April 18, 2011.**

**DONE AND ORDERED** this 8th day of February, 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge