IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE FRAME,

    Plaintiff,

v.                                                CASE NO. 1:10-cv-142-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Pending before the Court is Defendant's Motion To Remand. (Doc. 21.) Defendant requests that the Court remand this case to the Commissioner for further proceedings. Pursuant to Local Rule 7.1(B), counsel for Defendant represents that he has conferred with counsel for Plaintiff and Plaintiff does not object to the relief requested.

Sentence four of 42 U.S.C. § 405(g) provides in relevant part that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner advises that agency counsel requested the Appeals Council of the Social Security Administration to reconsider the Commissioner's decision. After reviewing the Commissioner's decision the Appeals Council determined that remand was appropriate for further consideration of Plaintiff's claim.

It is respectfully **RECOMMENDED** that Defendant's Motion To Remand (Doc.

21) be **GRANTED**, and that this action be **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner.  On remand the administrative law judge should further evaluate Plaintiff's mental functioning and specifically determine whether her condition meets or equals any listed impairment at Step Three of the sequential evaluation process.  It is also **RECOMMENDED** that the Clerk be directed to enter final judgment accordingly, terminate any pending motions, and close the file.

At Gainesville, Florida, this 18th day of April, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**